1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

SEP 16 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11  **UNITED STATES OF AMERICA,**           )   **NO. 2:07-CR-00770-ODW**
                                           )
12              **Plaintiff,**               )
                                           )   **ORDER OF DETENTION AFTER**
13          **v.**                           )   **HEARING**
                                           )
14  **EFREN VILLICANA ESCOBEDO,**           )
                                           )   **[Fed.R.Crim.P. 32.1(a)(6);**
15              **Defendant.**               )   **18 U.S.C. 3143(a)]**
    _____          )
16

17

18          The defendant having been arrested in the Southern District of California pursuant to a

19  warrant issued by the United States District Court for the Central District of California for

20  alleged violation of the terms and conditions of his supervised release; and

21          The Court having conducted a detention hearing pursuant to Federal Rule of Criminal

22  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23          The Court finds that:

24  \\

25  \\

26  \\

27  \\

28

A.    (X)    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's submission on the issue of detention;

     and

B.    (X)    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on his submission on the issue of detention.

     IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: September 16, 2016

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

2